# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

RENE GEOVANY ALFARO,

                                      Petitioner,

    v.

WARDEN CALVIN JOHNSON, et al.,

                                   Respondents.

Case No. 2:21-cv-01831-RFB-DJA

**ORDER**

       This habeas matter is before the Court on Petitioner Rene Geovany Alfaro's Motion to Reopen Case (ECF No. 24) and Motion to Submit Amended Habeas Petition (ECF No. 25).

       On September 30, 2024, the Court granted Alfaro's motions to reopen case and for appointment of counsel. ECF No. 26. The Court provisionally appointed the Federal Public Defender and set a deadline for the office to indicate if it is unable to represent Alfaro. Id. As provided in the Order, the Court will also set a deadline for filing an amended petition and/or seeking other relief after counsel has entered an appearance. Id. Accordingly, Alfaro's second motion to reopen and his motion to submit amended habeas petition are denied as moot.

       **IT IS THEREFORE ORDERED that** Petitioner Rene Geovany Alfaro's Motion to Reopen Case (ECF No. 24) and Motion to Submit Amended Habeas Petition (ECF No. 25) are denied as moot.

       DATED this 19 day of January 2025.

 

                                          RICHARD F. BOULWARE, II
                                          UNITED STATES DISTRICT JUDGE