# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RENE GEOVANY ALFARO, | Case No. 2:21-cv-01831-RFB-DJA |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN CALVIN JOHNSON, et al., | |
| Respondents. | |

Petitioner seeks an extension of time to file his amended petition. ECF No. 32. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner's first unopposed Motion to Extend (ECF No. 32) is GRANTED. Petitioner has until August 11, 2025, to file his amended petition.

DATED this __20__ day of May, 2025.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1