# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

| | |
|---|---|
| RENE GEOVANY ALFARO,<br><br>  Petitioner,<br>v.<br><br>WARDEN CALVIN JOHNSON, *et al.*,<br><br>  Respondents. | Case No. 2:21-cv-01831-RFB-DJA<br><br>**ORDER** |

Petitioner seeks an extension of time to file his amended petition. ECF No. 34. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** that Petitioner's second unopposed Motion to Extend (ECF No. 34) is **GRANTED**. Petitioner has until October 10, 2025, to file his amended petition.

**DATED**: October 9, 2025.

							_____
							**RICHARD F. BOULWARE, II**
							**UNITED STATES DISTRICT JUDGE**