# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

| | |
|---|---|
| RENE GEOVANY ALFARO, | Case No. 2:21-cv-01831-RFB-DJA |
| Petitioner, | |
| v. | ORDER |
| WARDEN CALVIN JOHNSON, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his amended petition. ECF Nos. 35, 38. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

**IT IS THEREFORE ORDERED** that Petitioner's third unopposed Motion to Extend (ECF No. 35) is GRANTED *nunc pro tunc*.

**IT IS FURTHER ORDERED** Petitioner's fourth unopposed Motion to Extend (ECF No. 38) is GRANTED. Petitioner has until March 19, 2026, to file his amended petition.

**DATED** this 12th day of January, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE