**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RENE GEOVANY ALFARO,

           Petitioner,

   v.

WARDEN CALVIN JOHNSON, et al.,

           Respondents.

Case No. 2:21-cv-01831-RFB-DJA

**ORDER**

Respondents seek an extension of time to file a response to the second amended petition for a writ of habeas corpus. ECF No. 41. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Respondent's first Unopposed Motion for Enlargement of Time to file Response to Second Amended Petition for Writ of Habeas Corpus (ECF No. 41) is GRANTED *nunc pro tunc*.

**IT IS FURTHER ORDERED** that Respondents have through July 17, 2026, to file a response to the second amended petition.

**DATED**: <u>May 22, 2026.</u>

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**