**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RENE GEOVANY ALFARO,

Petitioner,

v.

WARDEN CALVIN JOHNSON, et al.,

Respondents.

Case No. 2:21-cv-01831-RFB-DJA

**ORDER GRANTING EXTENSION**

Respondents seek a 45-day extension of time to file a response to the second amended petition for a writ of habeas corpus. See ECF No. 43. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion. Fed. R. Civ. P. 6(b)(1)(A); D. Nev. R. LR IA 6-1.

**IT IS HEREBY ORDERED** that Respondents' Unopposed Motion for Enlargement of Time to File Response to Second Amended Petition for Writ of Habeas Corpus (ECF No. 43) is **GRANTED**. Respondents' response to the second amended petition is due on or before August 31, 2026.

**DATED**: August 5, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**